IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FREDRICA LIGHTFORD,** | : | **CIVIL ACTION** |
| Plaintiff | : | |
| | : | |
| vs. | : | NO. 12-5225 |
| | : | |
| **CAROLYN W. COLVIN,**[1] | : | |
| **Acting Commissioner of the** | : | |
| **Social Security Administration,** | : | |
| Defendant | : | |

# O R D E R

**AND NOW,** this 19th day of August, 2013, upon careful consideration of the thorough and well-reasoned Report and Recommendation of Chief United States Magistrate Judge Carol Sandra Moore Wells, there being no objections thereto, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The plaintiff's Request for Review is GRANTED.

3. The decision of the Commissioner of Social Security is REVERSED, to the extent that the matter is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation.

4. Judgment is ENTERED in favor of the plaintiff and against the defendant.

5. The Clerk of Court is directed to return this case to the active docket, and mark it CLOSED for statistical purposes.

BY THE COURT:

 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.

---

[1] On February 14, 2013, Carolyn W. Colvin became Acting Commissioner of the Social Security Administration. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin is substituted for Michael J. Astrue as the defendant in this action.